

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

JEFFREY SNOW,          )
                       )
        Plaintiff,      )
v.                      )     Civil Action No.  **3:14CV793–HEH**
                       )
JOHN KUPLINSKI,      )
                       )
        Defendant.    )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on December 9, 2014, the Court conditionally docketed Plaintiff's action. On December 23, 2014, United States Postal Service returned the December 9, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                        /s/
                                HENRY E. HUDSON
                                UNITED STATES DISTRICT JUDGE

Date: Jan 9, 2015
Richmond, Virginia